IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Todd David Dusthimer | § § § | |
| vs. | § | A: 00CV545SS |
| Nicholas Wright et al. | § § § | |

## ORDER TO SUPPLEMENT RECORD

The above captioned cause, having been removed to this Court on August 23, 2000 from the 53rd Judicial District Court in Travis County, Texas, and the Court being of the opinion that a copy of the complete record in this case is necessary;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, if it has not done so, shall within 10 days from the date of this order, furnish to the U. S. District Clerk's Office, in duplicate, a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

ENTERED this 23th day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

3